UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACKIE LEE MACK,

       Petitioner,

v.                                          CASE NO. 06-10639
                                            HONORABLE LAWRENCE P. ZATKOFF

KURT JONES,

       Respondent.
_____/

## ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* ON APPEAL AND DENYING CERTIFICATE OF APPEALABILITY

Petitioner Jackie Lee Mack has appealed the Court's Opinion and Judgment denying his habeas corpus petition. Currently pending before the Court are Petitioner's Application to Proceed *In Forma Pauperis* on Appeal [dkt 33] and Motion for Certificate of Appealability [dkt 34]. After a thorough review of Petitioner's submissions, the Court finds that Petitioner's appeal would be frivolous. *Hence v. Smith*, 49 F. Supp. 2d 547, 549 (E.D. Mich. 1999).

Accordingly, Petitioner's Application to Proceed *In Forma Pauperis* on Appeal and Motion for Certificate of Appealability are DENIED.

       IT IS SO ORDERED.


                                               s/Lawrence P. Zatkoff
                                               LAWRENCE P. ZATKOFF
                                               UNITED STATES DISTRICT JUDGE

Dated: February 22, 2008

CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on February 22, 2008.

                                                  s/Marie E. Verlinde
                                                  Case Manager
                                                  (810) 984-3290